✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. **II**  Investigating Agency **FBI**

**City** Boston, MA  **Related Case Information:**

**County** Suffolk  
Superseding Ind./ Inf. _____  Case No. _____  
Same Defendant _____  New Defendant _____  
Magistrate Judge Case Number _____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Chowdhury, Mohammed  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 1976  SSN (last4#): 1380  Sex: Male  Race: _____  Nationality: USA

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Luke A. Goldworm  Bar Number if applicable 677657

**Interpreter:** ☐ Yes ☐ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

**Arrest Date** 01/17/2023

☑ Already in Federal Custody as of 01/17/2023 in FBI - Chelsea (PC Arrest).  
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial  
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/17/2023  Signature of AUSA: _/s/_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Chowdhury, Mohammed

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1958 | Use of Interstate Commerce Facilities in the Commission of Murder for Hire | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____