UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Case No. 23-mj-08005

MOHAMMED CHOWDHURY

**DEFENDANT'S
MOTION TO CONTINUE PRELIMINARY AND DETENTION
HEARING**

Defendant Mohammed Chowdhury moves to continue the Preliminary and Detention Hearing, which is scheduled for January 20, 2023, to two weeks. In support thereof, defendant says as follows:

1. The defendant was arrested and had his Initial Appearance on January 17, 2023.

2. A Preliminary and Detention Hearing is currently scheduled for January 20, 2023, at 2:00pm.

3. The defense seeks additional time to prepare a release plan. More specifically, the defendant has learned of a potential third-party custodian, and requires time to provide the information to the Court.

4. Defendant requests that the Court continue the Preliminary and Detention Hearing for two weeks, to a date convenient to the Court and the parties.

5. I have contacted AUSA's Luke Goldworm and John Dawley regarding this request. They have assented to a continuance under the condition that the delayed hearing would proceed by proffer. The defendant requests a live witness. The government has informed me that they are answering ready with a witness today.

MOHAMMED CHOWDHURY.
By his attorney,

Dated: 1/20/2023
*/s/ Aziza Hawthorne*
Aziza Hawthorne
Fellow
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA
(617) 223-8061
Aziza_hawthorne@fd.org

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 20, 2023

*/s/ Aziza Hawthorne*
Aziza Hawthorne