UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Docket No.: 23-mj-08005 |
| | : |
| MOHAMMED CHOWDHURY | : |

NOTICE OF APPEARANCE

Now comes Assistant Federal Public Defender Joshua R. Hanye and hereby enters his appearance on behalf of the defendant, Mohammed Chowdhury, in the above-captioned matter.

Respectfully submitted,

*/s/ Joshua R. Hanye*
Joshua R. Hanye,
 B.B.O.: 661686
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 23, 2023.

*/s/ Joshua R. Hanye*
Joshua R. Hanye