UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 23-MJ-8005

UNITED STATES OF AMERICA

v.

MOHAMMED CHOWDHURY

**ORDER OF VOLUNTARY DETENTION**

LEVENSON, M.J.

Defendant came before the Court for an initial appearance on January 17, 2023, represented by appointed counsel. On January 20, 2023, a preliminary hearing was held, and the matter taken under advisement. Defendant requested a continuance of the detention hearing in order to have additional time to propose a release plan. The detention hearing is now scheduled for February 3, 2023.

Defendant has assented to the entry of a voluntary order of detention, reserving the right to return to this Court for a detention hearing.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial. It is further ORDERED that:

(1) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined shall deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding

This order is without prejudice to Defendant filing a motion at any time seeking a full detention hearing and seeking the setting of conditions of release, regardless of whether there have been changed circumstances.[1]

January 20, 2023

    /s/ Paul G. Levenson
PAUL G. LEVENSON
United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate judge's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. *See Phinney v. Wentworth Douglas Hospital,* 199 F.3d 1 (1st Cir. 1999); *Sunview Condo. Ass'n v. Flexel Int'l*, 116 F.3d 962 (1st Cir. 1997); *Pagano v. Frank*, 983 F.2d 343 (1st Cir. 1993).